# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA BLESSING, individually and as Personal representative of the Estate of Mark Blessing,<br><br>Plaintiff,<br><br>v.<br><br>MALONEY FARMS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No.   21-cv-1170- JPG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a stipulation of dismissal (doc. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, the parties have presented a signed stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: June 17, 2022

                                              *s/J. Phil Gilbert*
                                              UNITED STATES DISTRICT JUDGE